UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

August 16, 2005

F I L E D
AUG 1 6 2005
J. T. NOBLIN, CLERK
By_____ Deputy

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   Lonnie E. Chambers vs. 3M Company, et al.
      Civil Action No. 1:05cv381 LG RHW

Dear Mr. Beck:

Please be advised that the above referenced matter has been closed. Enclosed, please find a copy of the docket sheet, as well as a copy of the Notice of Withdrawal of Removal.

Yours very truly,

J. T. Noblin, Clerk

By: _____
    J. Hough, Deputy Clerk